UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WASEEM AKRAM AND NADEEM AKRAM

Plaintiffs,

-against-

KHURSHID MUGHAL AND MOHAMMED A. QAZI A/K/A ASHRAF QAZI,

Defendants.
-------------------------------------------------------------X

Civil Case No.:

2:17-cv-02758-DRH-AYS

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned parties that, whereas no party hereto is an infant, incompetent person for whom a committee has been appointed on conservatee, that any and all claims of the Plaintiffs against Defendant, Mohammed A. Qazi a/k/a Ashraf Qazi, in the above captioned matter are hereby discontinued without prejudice and without cost to either party.

Dated: Hempstead, New York
June 27, 2017

LAW OFFICES OF CAROLE R. BERNSTEIN

By: ______________________
Carole R. Bernstein (CB 8343)
*Attorneys for Defendant Mohammed A. Qazi*
41 Maple Avenue, North
Westport, Connecticut 06880
P: 203.255.8698

SARDAR M. ASADULLAH, PLLC

By: ______________________
Sardar M. Asadullah (SA 3631)
*Attorneys for Plaintiffs*
556 Peninsula Boulevard
Hempstead, New York 11550
P: 631.615.8040