UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
WASEEM AKRAM AND NADEEM AKRAM,

                       Plaintiffs,

  -against-

KHURSHID MUGHAL AND MOHAMMED A. QAZI
A/K/A ASHRAF QAZI,

                       Defendants.
------------------------------------------------------------------------- x

**Case No.**
**2:17-cv-02758(AMD)(AYS)**

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that Defendant Khurshid Mughal ("Defendant") hereby appeals to the United States Court of Appeals for the Second Circuit, each and every part of the Decision and Order of the United States District Court, Eastern District of New York (Hon. Anne Y. Shields) dated and entered on September 8, 2022 (Docket Entry No. 72), which *inter alia* (i) denied Defendant's motion to strike Plaintiffs' complaint; (ii) limited monetary sanctions to "fees and costs associates with today's motion and hearing"; (iii) precluded Plaintiffs from introducing any evidence at trial except for the settlement agreement; and (iv) closed discovery while permitting Plaintiffs to file a dispositive motion.

Dated: New York, New York
       October 6, 2022

                                                   Respectfully submitted,

                                   By:    */s/ Steven Spada*
                                                Steven E. Spada, Esq.
                                                Redmond Law PLLC
                                                Attorneys for Defendant Khurshid Mughal
                                                80 Broad Street, Suite 1202
                                                New York, New York 10004
                                                (212) 799-8989

TO: Sardar M. Asadullah, Esq.  *(via electronic filing)*
   Sardar M. Asadullah, PLLC
   Attorneys for Plaintiffs
   500 Old Country Road, Suite 103
   Garden City, NY 11530
   (516) 274-0764

## CERTIFICATE OF FILING AND SERVICE

I, Steven E. Spada, Esq., hereby certify that on October 6, 2022, I electronically filed this Notice of Appeal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____
Steven E. Spada, Esq.