**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WASEEM AKRAM AND NADEEM AKRAM,<br>Plaintiffs,<br>-against-<br>KHURSHID MUGHAL and MOHAMMED A. QAZI A/K/A ASHRAF QAZI<br>Defendants. | **Civil Case No:**<br>**2:17-cv-02758-AMD-AYS**<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record in the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure any and all claims and counterclaims by all parties[1] in the above captioned matter are hereby discontinued and dismissed with prejudice and without costs to any party as against the other, with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER STIPULATED** that a facsimile or pdf signature shall be deemed an original signature.

-Signature Page to Follow-

1 All claims against Mohammed A. Qazi a/k/a Ashraf Qazi were previously dismissed by stipulation, dated June 27, 2017 [DE 7]

Dated: New York, New York
October 17, 2024

By: Steven E. Spada, Esq.
Redmond Law PLLC
*Attorneys for Khurshid Mughal*
80 Broad Street, Suite 1202
New York, New York 10004
(212) 799-8989

By: Sardar M. Asadullah, Esq.
The Law Office of Sardar M. Asadullah, PLLC
*Attorneys for Plaintiffs*
500 Old Country Road, Suite 103
Garden City, NY 11530
(516) 274-0764